IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MASSIEL FRIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENSIO, INC. d/b/a BELLA,<br><br>　　　　Defendant. | No. 3:22-cv-00124-wmc |

## NOTICE OF RESOLUTION

**TO THE HONORABLE COURT:**

　　Counsel for Massiel Frias ("Plaintiff") and Defendant Sensio, Inc. ("Defendant") reached a resolution in this matter. This resolution will resolve all pending claims associated with this action. The parties request that they be permitted to file a Notice of Dismissal with prejudice once the settlement agreement has been signed and settlement funds have been disbursed, and that all deadlines by vacated.

**Respectfully Submitted,**

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| Adam J. Kress, Esq.<br>*Johnson Becker, PLLC*<br>444 Cedar Street, Suite 1800<br>(612) 436-1800<br>akress@johnsonbecker.com | J. Stephen Kennedy (MS Bar No 100040)<br>*Admitted Pro Hac Vice*<br>1400 Meadowbrook Road, Suite 100<br>Jackson, MS 39211<br>601.499.8077 (Main)<br>601.499.8078 (Fax)<br>*steve.kennedy@wilsonelser*.com |