# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MASSIEL FRIAS, : <br> : <br> Plaintiff, : <br> v. :     Case No. 3:22-cv-00124-wmc <br> : <br> SENSIO, INC. d/b/a BELLA, : <br> : <br> Defendant. : | |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Massiel Frias and Defendant Sensio, Inc. (incorrectly identified in Plaintiff's Complaint as "Sensio, Inc., d/b/a Bella"), through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims of Plaintiff against Defendant, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 10th day of May, 2023.

| | |
|---|---|
| */s/ Adam J. Kress* <br> Adam J. Kress, Esq. (MN IN #0397289) <br> *Admitted Pro Hac Vice* <br> 44 Cedar Street, Suite 1800 <br> St. Paul, MN 55101 <br> (612) 436-1800 <br> akress@johnsonbecker.com <br><br> *Attorneys for Plaintiff* | *s/J. Stephen Kennedy* <br> J. Stephen Kennedy (MS Bar No 100040) <br> *(Admitted PHV)* <br> Ben T. Woodhouse (MS Bar No. 105585) <br> *(Admitted PHV)* <br> 1400 Meadowbrook Road, Suite 100 <br> Jackson, MS 39211 <br> 601.499.8077 (Main) <br> 601.499.8078 (Fax) <br> steve.kennedy@wilsonelser.com <br> ben.woodhouse@wilsonelser.com <br><br> */s/ Kevin A. Christensen* <br> Kevin A. Christensen (Bar No. 1011760) <br> Zachary P. Zastrow (Bar No. 1101077) <br> 555 E. Wells Street, Suite 1730 <br> Milwaukee, WI 53203 <br> 414.276.8816 (Main) <br><br> *Attorneys for Defendant* |

2

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this date the foregoing document was electronically filed with the Clerk of the Court using the Court's PACER filing system, which will send notification of such filing to all counsel of record.

Dated: May 10, 2023.

*s/J. Stephen Kennedy*
J. Stephen Kennedy
